738

*Black* for petitioner. *Solicitor General McGrath, Robert L. Stern* and *John D. Goodloe* for respondent.

No. 232. BLALACK *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Walter P. Armstrong, R. G. Draper* and *E. L. Gwinn* for petitioner. *Solicitor General McGrath, Robert S. Erdahl, Sheldon E. Bernstein* and *David London* for the United States.

No. 231. ARKANSAS NATURAL GAS CORP. *v.* SECURITIES & EXCHANGE COMMISSION. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Henry C. Walker, Jr.* and *John O. Wicks* for petitioner. *Solicitor General McGrath, Roger S. Foster* and *Alexander Cohen* for respondent.

No. 272. MILNER HOTELS, INC. *v.* PORTER, PRICE ADMINISTRATOR; and

No. 273. 101 EAST FIRST STREET INCORPORATED *v.* PORTER, PRICE ADMINISTRATOR. October 14, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *R. Lee Blackwell* and *Wm. Marshall Bullitt* for petitioners. *Solicitor General McGrath* and *David London* for respondent. Reported below: 154 F. 2d 1020.